# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN THOMPSON

NO. 2026 KW 0497

**JUNE 29, 2026**

---

In Re: Donovan Thompson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-04-0057.

---

**BEFORE:** McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.

**WRIT DENIED.** Relator's application for postconviction relief is untimely on its face, and relator failed to allege that one of the recognized exceptions to the time limitation applies. See La. Code Crim. P. arts. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*).

**PMc**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT